WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendant,*
*Residential Credit Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT S. CORNS,<br><br>            Plaintiff,<br><br>    v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>            Defendants. | Case No.: 2:15-cv-01233-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE BRIEFING SCHEDULE FOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

    Plaintiff Robert S. Corns ("Plaintiff"), and Defendant Residential Credit Solutions, Inc. ("Defendant"), by and through their undersigned counsel, stipulate and agree to extend the briefing schedule for Defendant's Motion to dismiss for thirty (30) days while the parties engage in settlement discussions.

    IT IS HEREBY STIPULATED AND AGREED that that Plaintiff shall have an additional extension of time up to and including October 12, 2015 to file a response to Defendant's Motion to Dismiss.

    IT IS FURTHER STIPULATED AND AGREED that Defendant will have until and including October 22, 2015 to file a Reply in Support of Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

This is the parties' Second request for an extension of the deadline, and is not intended to cause delay or prejudice to any party. Trial has not been set in this case yet.

DATED this 8th of September, 2015

DATED this 8th of September, 2015

**MITCHELL D. GLINER, ESQ.**

**WRIGHT FINDLAY & ZAK, LLP**

*/s/ Mitchell D. Gliner*
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
*Attorney for Plaintiff*
*Robert S. Corns*

*/s/ Victoria L. Hightower*
Edgar C. Smith Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No.10897
7787 W. Sahara Ave. Ste.200
Las Vegas, NV 89117
*Attorney for Defendant*
*Residential Credit Solutions, Inc.*

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Date:_____
       September 8, 2015