# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT S CORNS,  <br><br>  Plaintiff,  <br><br> vs.  <br><br> RESIDENTIAL CREDIT SOLUTIONS, INC.,  <br><br>  Defendant. | 2:15-cv-01233-GMN-VCF  <br><br> **ORDER** |

The court has reviewed this case and a discovery plan and scheduling order has not been filed pursuant to Local Rule 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:30 a.m., October 8, 2015, in courtroom 3D.  The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 14th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE