# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT S CORNS, | |
| Plaintiff, | 2:15-cv-01233-GMN-VCF |
| vs. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., | **ORDER** |
| Defendant. | |

The parties have filed a discovery plan and scheduling order (#18) in compliance with Local Rule 26-1.

Accordingly,

IT IS HEREBY ORDERED that the discovery hearing scheduled for 10:30 a.m., October 8, 2015, is VACATED.

Dated this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE