WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendant,*
*Residential Credit Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT S. CORNS,<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:15-cv-01233-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE BRIEFING SCHEDULE FOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>**[FOURTH REQUEST]** |

   Plaintiff Robert S. Corns ("Plaintiff"), and Defendant Residential Credit Solutions, Inc. ("Defendant"), by and through their undersigned counsel, stipulate and agree to extend the briefing schedule for Defendant's Motion to dismiss for thirteen (13) days while the parties engage in settlement discussions.

   IT IS HEREBY STIPULATED AND AGREED that that Plaintiff shall have an additional extension of time up to and including November 25, 2015 to file a response to Defendant's Motion to Dismiss.

   IT IS FURTHER STIPULATED AND AGREED that Defendant will have until and including December 2, 2015 to file a Reply in Support of Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the parties' fourth request for an extension of the deadline, and is not intended to cause delay or prejudice to any party. Trial has not been set in this case yet.

DATED this 10th of November, 2015   DATED this 10th of November, 2015

| | |
|---|---|
| **MITCHELL D. GLINER, ESQ.** | **WRIGHT FINDLAY & ZAK, LLP** |
| */s/ Mitchell D. Gliner* | */s/ Victoria L. Hightower* |
| Mitchell D. Gliner, Esq. | Edgar C. Smith Esq. |
| Nevada Bar #003419 | Nevada Bar No. 5506 |
| 3017 W. Charleston Blvd., #95 | Victoria L. Hightower, Esq. |
| Las Vegas, NV 89102 | Nevada Bar No.10897 |
| *Attorney for Plaintiff* | 7787 W. Sahara Ave. Ste.200 |
| *Robert S. Corns* | Las Vegas, NV 89117 |
| | *Attorney for Defendant* |
| | *Residential Credit Solutions, Inc.* |

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Date: November 17, 2015