MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT S. CORNS,                )
                                )
        Plaintiff,              )
                                )   No. 2:15-cv-01233-GMN-VCF
vs.                             )
                                )
RESIDENTIAL CREDIT              )
SOLTUIONS, INC.                 )
                                )
        Defendant.              )
_____)

**MOTION TO WITHDRAW ERRONEOUSLY FILED DOCUMENT**

Counsel for Plaintiff moves this Honorable Court to withdraw the attached erroneously filed Stipulation To Extend The Discovery And Case Management Deadlines By 60 Days [Third Request], [#33].

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., Ste. #95
Las Vegas, NV 89102
Attorney for Plaintiff

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 7, 2016