WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher S. Connell, Esq.
Nevada Bar No. 12720
7785 West Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cconnell@wrightlegal.net
*Attorneys for Defendant, Residential Credit Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT S. CORNS, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Defendants | Case No.: 2:15-cv-01233-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

Defendant RESIDENTIAL CREDIT SOLUTIONS, INC. (hereinafter "RCS") by and through its attorneys of record, Christopher S. Connell, Esq. and Edgar C. Smith, Esq. of the law firm of WRIGHT, FINLAY & ZAK and Plaintiff, ROBERT S. CORNS (hereinafter "CORNS"), by and through his attorney of record Mitchell D. Gliner, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff ROBERT S. CORNS is dismissed WITH PREJUDICE;

///

///

///

///

1  IT IS SO STIPULATED AND AGREED.

2  DATED this 30th day of September, 2016.    DATED this 30th day of September, 2016.

3  WRIGHT, FINLAY & ZAK, LLP                  MITCHELL D. GLINER, ESQ.

5  /s/ Christopher S. Connell                 /s/ Mitchell D. Gliner
Christopher S. Connell, Esq.                  Mitchell D. Gliner, Esq.
Nevada Bar No. 12720                          Nevada Bar No. 3419
7785 W. Sahara Ave., Suite 200,               3017 W. Charleston Blvd., #95
Las Vegas, NV 89117                           Las Vegas, NV 89102
*Attorneys for Defendant, Residential Credit* *Attorneys for Plaintiff Robert S. Corns*
*Solutions, Inc.*

**ORDER**

IT IS SO ORDERED

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED**: October 4, 2016